UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Cr. No. 07-757 (AET)

         -vs-                   :

JOSEPH MERLA                    :    ORDER OF RELEASE


It is on this 24th day of Sepetember 2007, ORDERED:

That bail be fixed at $50,000 and the defendant be released upon:

a. Executing an unsecured appearance bond.
b. Executing an appearance bond and depositing in cash in the registry of the Court ____% of the bail fixed.
c. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

( ) That the defendant not attempt to influence, intimidate, retaliate or injure any juror, judicial officer, witness victim or informant in this case.
(X) That the defendant be restricted in travel to
    New Jersey (X)    New York ( )    Pennsylvania ( )
    Specify Other
(X) Surrender passport and/or not apply for a new passport.
(X) Report to Pretrial Services as directed.
(X) Additional Conditions: Substance abuse testing/treatment as directed by Pretrial Services.


It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

                                    _____
                                    ANN E. THOMPSON, U.S.D.J.


I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

                                    _____
                                    John G. Bastione, Deputy Clerk

<u>NOTICE OF PENALTIES APPLICABLE</u>
<u>TO THE VIOLATION OF CONDITION OF RELEASE</u>

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.